IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PHYLLIS C. BROWN, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 07-895-GPM |
| JON ANTHONY, d/b/a ANTHONY'S TRU TECHS, and CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC, | ) |
| Defendants. | ) |

# **MEMORANDUM AND ORDER**

**MURPHY, District Judge:**

This case has been removed by Charter Communications Entertainment I, L.L.C., from the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, to this Court in federal diversity jurisdiction. On January 15, 2008, after preliminary review of the notice of removal, the Court ordered Charter to file an amended notice of removal on or before January 31, 2008, correcting defective jurisdictional allegations in the notice of removal (*see* Doc. 4).

In spite of the Court's express command to correct several glaring defects in the jurisdictional allegations of the notice of removal, the amended notice of removal filed by Charter (*see* Doc. 6), still fails to properly identify the citizenship of each party, including the citizenship of each member of each limited liability company. In general, "it is not the court's obligation to lead counsel through a jurisdictional paint-by-numbers scheme." *Tylka v. Gerber Prods. Co.*, 211 F.3d 445, 448-49 (7th Cir. 2000) (quoting *Guaranty Nat'l Title Co. v. J.E.G. Assocs.*, 101 F.3d 57, 59

(7th Cir. 1996)).  Moreover, when "[d]espite receiving express directions about what they [have] to do [to establish federal subject matter jurisdiction], counsel [do] not do it," then "[a]t some point the train of opportunities ends."  *Id*. at 448 (quoting *America's Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072, 1074 (7th Cir. 1992)).  *See also Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534-35 (7th Cir. 2007); *Culbertson v. Broviak*, No. Civ. 05-404-GPM, 2006 WL 126628, at *1 (S.D. Ill. Jan. 17, 2006); *Home Sav. of Am., F.A. v. Bivona*, No. 93 C 56, 1993 WL 11842, at *1 (N.D. Ill. Jan. 15, 1993).

Accordingly, this action is **REMANDED** to the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

DATED: 2/4/2008

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge